**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

**MILTIADIS KASTANIS**                           Case Number 18-19944-RAM
                                                 Chapter 13

    Debtor(s)

_____/

**DEBTOR'S MOTION TO ALLOW EARLY PAYOFF OF CHAPTER 13 PLAN**

Debtor, **MILTIADIS KASTANIS,** by and through undersigned counsel, file this *Motion to Allow Early Payoff of Chapter 13 Plan,* and aver:

1.      **MILTIADIS KASTANIS** (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on August 16, 2018 (the "Petition Date").

2.      This is a confirmed Chapter 13 case.

3.      The Debtor's business has done well over the past year and the Debtor has earned enough to pay off the balance of his Chapter 13 Plan.

4.      The Debtor's plan proposes to pay 100% of all unsecured claims.

5.      The Debtor seeks an Order from this Court allowing the early payoff of his Chapter 13 Plan.

5.      The Debtor has requested and believes that the service of filing this motion is necessary for the administration of his case. The attorney for the Debtor has received a fee of $500.00 for the filing and prosecuting of this motion and representing the Debtor in the Chapter 13 case and $25.00 for costs and seeks court approval of the fee pursuant to 11U.S.C. §329 and Rule 2016 of the Federal Rules of Bankruptcy Procedure. The services required in filing and prosecuting the motion and representing the Debtor in the Chapter 13 case are reasonable and

necessary and are not contemplated by the original retainer agreement between the Debtor and the attorney for the Debtor.

**WHEREFORE,** the Debtor, **MILTIADIS KASTANIS,** seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail on August 25, 2021 to all parties on the attached service list and via CM/ECF to Office of the US Trustee and Nancy K. Neidich, Chapter 13 Trustee.

<table>
<tr>
<td>

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

</td>
<td>

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
x  Timothy S. Kingcade, Esq., FBN 082309
□  Wendy Garcia, Esq., FBN 0865478
□  Jessica L. McMaken, Esq., FBN 580163

</td>
</tr>
</table>

Label Matrix for local noticing
113C-1
Case 18-19944-RAM
Southern District of Florida
Miami
Wed Aug 25 17:02:34 EDT 2021

Bank Of America
4909 Savarese Cir
Tampa, FL 33634-2413

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634-2413

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146-1873

Bayview Financial Loan
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146-1873

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Central Hudson Gas & Electric
284 South Ave
Poughkeepsie, NY 12601-4839

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Checksystems
7805 Hudson Rd
Saint Paul, MN 55125-1703

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Citibank/Sears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 490040
St. Louis, MO 63179

Citibank/Sears
Po Box 6282
Sioux Falls, SD 57117-6282

Credit One Bank
Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Po Box 98875
Las Vegas, NV 89193-8875

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Equifax
Po Box 740241
Atlanta, GA 30374-0241

Experian
Po Box 2002
Allen, TX 75013-2002

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY 11735-4021

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100

Synchrony Bank/Banana Republic
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Banana Republic
Po Box 965005
Orlando, FL 32896-5005

Ten Museum Park Condo Association
c/o SKRLD, Inc.
201 Alhambra Circle, STe 1102
Miami, FL 33134-5108

Transunion
Po Box 1000
Chester, PA 19016-1000

Volkswagen Credit, Inc
1401 Franklin Blvd
Libertyville, IL 60048-4460

Volkswagen Credit, Inc
Po Box 3
Hillsboro, OR 97123-0003

Wells Fargo Home Mor
8480 Stagecoach Cir
Frederick, MD 21701-4747

Wells Fargo Home Mor
Attn: Bankruptcy Department
8480 Stagecoach Cir.
Frederick, MD 21701-4747

Miltiadis Kastanis
1040 Biscayne Blvd Unit 2105
Miami, FL 33132-1728

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Timothy S Kingcade Esq
1370 Coral Way
Miami, FL 33145-2960

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

(d)Bank Of America
Po Box 982238
El Paso, TX 79998

(d)Bank of America
Po Box 982238
El Paso, TX 79998

Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

(d)Chase Card Services
P.o. Box 15298
Wilmington, DE 19850

Department of the Treasury
Po Box  21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

(d)IRS Centralized Bankruptcy Department
POB 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    35
Bypassed recipients     2
Total                  37